

**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/8/2020
```

40 Broad Street, 7th Floor
New York, NY 10004
Telephone: (212) 943-9080
Fax: (212) 943-9082

**Marlie Blaise**
Associate
mblaise@vandallp.com

September 8, 2020

<u>VIA ECF</u>

Honorable Valerie Caproni
United States District Judge
United States Courthouse
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

   Re: <u>Trustees of the New York City District Council Pension</u>
      <u>Fund, et al. v. New York Mastclimbing LLC et al., 20 CV 5867 (VC)</u>

Dear Judge Caproni:

  We represent the Plaintiffs (the "Funds") in the above captioned matter. We write to request an adjournment of the September 10, 2020 deadline to submit the proposed case management plan and the initial conference currently scheduled for September 18, 2020 at 2:00 p.m. *See* Dkt. 7. Defendants have not yet appeared in this matter. *See* Dkt. Plaintiffs anticipate moving for default judgment in the event Defendants do not cure their default. In the event Defendants do appear, we would request the Court to schedule a new deadline to submit the proposed case management plan and subsequent date for the initial conference, in order to provide the parties with an opportunity to meet and confer prior to the conference.

  We thank the Court for its time and attention to this matter.

                Respectfully submitted,

                _____/s/_____
                Marlie Blaise, Esq.
                *Attorneys for Plaintiffs*



cc: New York Mastclimbing LLC et al.

SO ORDERED.

Dated: New York, New York          By: _____

_____, 2020                                      U.S.D.J.

> Application GRANTED.  The initial pretrial conference is adjourned to **October 16, 2020 at 10:00 a.m.**  The parties' joint submissions are due by **October 8, 2020.** If Defendants have failed to appear by that date, Plaintiffs must apply for a default judgment against Defendants, consistent with the procedures described in Attachment A to the Court's Individual Practices in Civil Cases.

SO ORDERED.

*Valerie Caproni* (signature)

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

9/8/2020