

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/05/2020

**MEMO ENDORSED**

40 Broad Street, 7th Floor
New York, NY 10004
Telephone: (212) 943-9080
Fax: (212) 943-9082

**Marlie Blaise**
Associate
mblaise@vandallp.com

October 5, 2020

<u>VIA ECF</u>

Honorable Valerie Caproni
United States District Judge
United States Courthouse
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

      Re:    <u>Trustees of the New York City District Council Pension Fund, et al. v. New York Mastclimbing LLC et al., 20 CV 5867 (VC)</u>

Dear Judge Caproni:

    We represent the Plaintiffs (the "Funds") in the above captioned matter. We write jointly with counsel for Defendants to request an adjournment of the October 8, 2020 deadline to submit the proposed case management plan and the initial conference currently scheduled for October 16, 2020 at 10:00 a.m. *See* Dkt. 14.

    Since your Honor's September 8, 2020 Order, Defendants filed an answer to the Funds' complaint. *See* Dkt. 13. Plaintiffs and Defendants are currently discussing settlement of the pending action. In order to allow the parties additional time to explore a resolution of this matter, the parties respectfully request a 45-day extension to submit the proposed case management plan and a corresponding adjournment of the initial conference.

    We thank the Court for its time and attention to this matter.

                                 Respectfully submitted,

                                 _____/s/_____
                                 Marlie Blaise, Esq.

1



*Attorneys for Plaintiffs*

GRABER PLLC

_____/s/_____
Daniel Graber
360 Lexington Ave., Suite 1502
New York, New York 10017
*Attorneys for Defendants*

SO ORDERED.

Dated: New York, New York         By: _____

        _____, 2020                              U.S.D.J.

Application GRANTED. The initial pretrial conference currently scheduled for October 16, 2020 is adjourned to **December 4, 2020 at 10:00 a.m.** The parties' joint submissions are due by **November 25, 2020.**

SO ORDERED.

*[signature]*

10/05/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE