

**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/23/2020
```

40 Broad Street, 7th Floor
New York, NY 10004
Telephone: (212) 943-9080
Fax: (212) 943-9082

**Marlie Blaise**
Associate
mblaise@vandallp.com

November 23, 2020

<u>VIA ECF</u>

Honorable Valerie Caproni
United States District Judge
United States Courthouse
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

> Re: <u>Trustees of the New York City District Council Pension Fund, et al. v. New York Mastclimbing LLC et al., 20 CV 5867 (VC)</u>

Dear Judge Caproni:

    We represent the Plaintiffs (the "Funds") in the above captioned matter. We write jointly with counsel for Defendants to request an adjournment of the November 25, 2020 deadline to submit the proposed case management plan and the initial conference currently scheduled for December 4, 2020 at 10:00 a.m. *See* Dkt. 18.

    The parties are still in the process of discussing settlement of the pending action. In order to allow the parties additional time to explore a resolution of this matter without the need for litigation, the parties respectfully request a 45-day extension of the deadline to submit the proposed case management plan and a corresponding adjournment of the initial conference. Although this is the parties' second request for an extension of the deadline to submit the case management plan and to adjourn the initial conference, the parties are hopeful that they will be able to resolve this matter without the need for litigation.

    We thank the Court for its time and attention to this matter.

                                                 Respectfully submitted,



/s/
Marlie Blaise, Esq.
*Attorneys for Plaintiffs*

GRABER PLLC

/s/
Daniel Graber
360 Lexington Ave., Suite 1502
New York, New York 10017
*Attorneys for Defendants*

SO ORDERED.

Dated: New York, New York          By: _____

_____, 2020                                        U.S.D.J.

Application GRANTED.  The initial pretrial conference is adjourned to **January 22, 2021 at 10:00 a.m.**  The parties' joint submissions are due by **January 14, 2021.**

SO ORDERED.

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

11/23/2020