

40 Broad Street, 7th Floor
New York, NY 10004
Telephone: (212) 943-9080
Fax: (212) 943-9082

**Nicole Marimon**
Partner
nmarimon@vandallp.com

October 21, 2021

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/21/2021

<u>VIA ECF</u>

Honorable Valerie Caproni
United States District Judge
United States Courthouse
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

      Re:    <u>Trustees of the New York City District Council Pension Fund, et al. v. New York Mastclimbing LLC et al., 20 CV 5867 (VC)</u>

Dear Judge Caproni:

      We represent the Plaintiffs (the "Funds") in the above captioned matter. We write jointly with counsel for Defendants to request an adjournment of the October 29, 2021 initial conference and of today's deadline to submit a case management plan. *See* Dkt. 32.

      As previously reported, the parties have negotiated a settlement agreement. The written agreement has been finalized and has been distributed to the parties for execution. We are waiting for the agreement to be signed, after which the parties anticipate promptly filing a stipulation of dismissal.

      Accordingly, in order to allow the parties time to execute the agreement, the parties respectfully request a 14-day extension of the deadline to submit the proposed case management plan and a corresponding adjournment of the initial conference.

      We thank the Court for its time and attention to this matter.

      Respectfully submitted,

      _____/s/_____

1



Nicole Marimon, Esq.
*Attorneys for Plaintiffs*

GRABER PLLC

_____/s/_____
Daniel Graber
360 Lexington Ave., Suite 1502
New York, New York 10017
*Attorneys for Defendants*

SO ORDERED.

Dated: New York, New York     By: _____

_____, 2021                           U.S.D.J.

Application GRANTED.  The pretrial conference scheduled for October 28, 2021 is adjourned to **November 12, 2021 at 10:00 a.m.**  The parties' joint letter is due by **November 4, 2021**.

SO ORDERED.

*Valerie Caproni* [signature]         10/21/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE