**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/3/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, and APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, and THE CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK,

Plaintiffs,

-against-

NEW YORK MASTCLIMBING LLC, DUNLOP ACCESS SYSTEMS LLC d/b/a DUNLOP MASTCLIMBERS, DUNLOP MASTCLIMBERS, LLC f/k/a DUNLOP WORK PLATFORMS, LLC, DUNLOP MASTCLIMBERS LTD., DUNLOP MASTCLIMBERS LLC,

Defendants.

20 CV 5867 (VEC)

**STIPULATION OF DISMISSAL**

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys of record for plaintiffs Trustees of the New York City District Council of Carpenters Pension Fund, Welfare Fund, Annuity Fund, and Apprenticeship, Journeyman Retraining, Educational and Industry Fund, Trustees of the New York City Carpenters Relief and Charity Fund, and The Carpenter Contractor Alliance of Metropolitan New York; and defendants New York Mastclimbing LLC, Dunlop Access Systems LLC d/b/a Dunlop Mastclimbers, Dunlop Mastclimbers, LLC f/k/a Dunlop Work Platforms, LLC, Dunlop Mastclimbers LTD., and Dunlop Mastclimbers, LLC, that the above-entitled action, including any and all claims therein (the "Action"), be, and the same hereby is dismissed with prejudice, without fees or costs to any of the aforesaid parties as against the other(s).

2

**IT IS HEREBY STIPUALTED AND AGREED** that this Court shall retain jurisdiction solely to enforce compliance with the terms of the Settlement Agreement and Consent Judgment entered into between the parties.

**[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]**

**[SIGNATURE PAGE FOLLOWS]**

| | |
|---|---|
| **VIRGINIA & AMBINDER, LLP** | **GRABER PLLP** |
| By: _/s/ Nicole Marimon_ | By: _/s/ Daniel Graber_ |
| Nicole Marimon, Esq. | Daniel Graber, Esq. |
| 40 Board Street, 7th Floor | 1407 Broadway, 40th Floor |
| New York, NY 10004 | New York, NY 10018 |
| Telephone: (212) 943-9080 | Telephone: (212)877-9009 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants,* |

**SO ORDERED:**

Dated: New York, New York
    November 2, 2021

_____
HON. VALERIE E. CAPRONI, U.S.D.J.

Application GRANTED. The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

*/s/ Valerie Caproni*   11/3/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

4